UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-0123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

A jury trial was scheduled to begin in this case with jury selection on February 27, 2023. See Memorandum Opinion and Order [Dkt. No. 100]. Due to scheduling issues, the final pretrial conference and motions hearing scheduled for February 23, 2023 was converted into a status conference at the same time and date. See February 23, 2023 Minute Order. As set forth orally on the record during the status conference, it is hereby

ORDERED that on or before February 24, 2023 end of day, the parties shall file memoranda listing and discussing any relevant cases that address the meaning of "deadly or dangerous weapon" in 18 U.S.C. §§ 111 and 1752 and the meaning of "uses" in 18 U.S.C. § 111. The parties are also directed to address Judge Moss's opinion in United States v. Cua, Crim. No. 21-0107, 2023 WL 2162719 (D.D.C. Feb. 22, 2023), and its impact on Count Three; it is

FURTHER ORDERED that on or before February 24, 2023 end of day, the parties shall file proposed case-in-chief exhibit lists and witness lists and provide the Court with copies of the exhibits via electronic file-share. Objections to exhibits should be filed as promptly thereafter as possible. Hard copies of any disputed documentary exhibits and a list of any disputed video exhibits should be provided to the Court at the February 27, 2023 hearing; it is

FURTHER ORDERED that on or before February 24, 2023 end of day, the government shall provide the Court with its "montage video" via electronic file-share; it is

FURTHER ORDERED that on or before February 25, 2023 end of day, the parties shall jointly file a short statement of the case to be read to jurors during voir dire and shall separately file proposed voir dire questions revised according to the Court's oral instructions; it is

FURTHER ORDERED that the jury selection and opening statements scheduled for February 27 and 28, 2023, respectively, are vacated; and it is

FURTHER ORDERED that trial will proceed pursuant to the following schedule:

February 27, 2023 at 10:00 a.m. – Final pretrial conference and motions hearing on pending motions in Courtroom 29A.

February 28 and March 1, 2023 at 9:30 a.m. – Jury selection in Courtroom 29A.

March 2, 2023 at 9:30 a.m. – Trial commences with opening statements in Courtroom 29A.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 2/24/23